# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**DIANNE SHAFFER,** *et al*,                    **Case No. 3:13-cv-232**

     Plaintiffs,                              **Judge Timothy S. Black**

-vs-

**DAVITA SOUTHWEST**
**OHIO DIALYSIS.,** *et al.*,

     Defendants.

_____

## JUDGMENT IN A CIVIL CASE
_____

    **[  ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:**

    **IT IS ORDERED AND ADJUDGED** that the Plaintiff's Motion for Remand (Doc. 15) is **GRANTED;** the case is **REMANDED** to the Greene County, Ohio Court of Common Pleas; and the case is **CLOSED** on the Court's docket.

Date: September 24, 2013                    **JOHN P. HEHMAN, CLERK**

                                        By: *s/ M. Rogers*_____
                                        Deputy Clerk